Howard E. DeLong, for appellant; E. C. Frank Meier, of counsel; Whealan & Barasa, for appellees; J. Laurence Barasa, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

Eleanor Kane, Administratrix of Estate of Barney Kane, Deceased, Plaintiff-Appellee, v. Sam Dunn, Defendant-Appellant.

Gen. No. 46,220. (Abstract of Decision.)

Philip J. Simon, for appellant; Robert E. Cherry, for appellee; Rosenfeld, Cherry and Levinson, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

George Dragosvich, Appellee, v. Allstate Insurance Company, Appellant.

Gen. No. 46,279. (Abstract of Decision.)

Petrucelli, O'Brien, Simon & Mullen, for appellant; A. J. Petrucelli, of counsel; Rosenblum & Lipnick, for appellee; Aloysius A. Mazewski, and Norman Esserman, of counsel. Opinion by JUSTICE BURKE. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.

## Joseph Bryant, by Rosine Bryant, his Mother and Next Friend, Appellee, v. James E. Cairns, Appellant.

### Gen. No. 46,068. (Abstract of Decision.)

Meyers & Matthias, for appellant; Donald L. Thompson, and Philip G. Meyers, of counsel; Loeff & Panter, for appellee; Irwin Panter, of counsel. Opinion by JUSTICE FRIEND. Not to be published in full. Opinion filed March 8, 1954; released for publication March 24, 1954.